**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CR-562-HEA-JSD |
| KIM MOSLEY, | ) |
| Defendant. | ) |

## ORDER REGARDING PRETRIAL MOTION STATUS AND TRIAL SETTING

The above matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b). Defendant was arraigned on June 12, 2024, and requested additional time to file pretrial motions. The magistrate judge found that, in the interest of justice, the request should be granted and extended the deadline for filing motions. Upon Defendant's motions, the magistrate judge granted additional extensions, in the interest of justice, until June 16, 2025.  On June 16, 2025, Defendant filed his Waiver of Pretrial Motions, indicating that no pretrial motions will be filed. (ECF No. 165). As such, no report and recommendation will be forthcoming.

Finally, the trial of this matter will be set at a later date by the Honorable Henry Autrey, United States District Judge.  Defendant may request a plea hearing with Judge Autrey prior to the forthcoming trial date.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of June, 2025.