**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:23-CR-00562-HEA** |
| **v.** | ) | |
| | ) | |
| **KIM MOSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S WAIVER OF SPEEDY TRIAL**

Comes now, the Defendant, KIM MOSLEY, and hereby waives her right to a Speedy Trial pursuant to 18 U.S.C., Section 3161 in connection with her request for continuance of the August 24, 2026 trial setting. Counsel has discussed this matter with the Defendant, and she agrees with the decision to waive speedy trial.

KIM MOSLEY

RADEFELD LAW GROUP, LLC.

By */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (#52288MO)
Appointed Counsel for Defendant
7711 Bonhomme Ave., Suite 710
Clayton, Missouri 63105
Telephone: (314) 341-0374

**CERTIFICATE OF SERVICE**

I hereby certify that on August ~~18~~ 19, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Ms. Ashley Walker
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

*/s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD